IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RICKY MAGALLANES DIAZ | ) | Case No. 2:23-bk-05564-DPC |
| | ) | |
| | ) | **ORDER GRANTING TRUSTEE'S** |
| | ) | **LIMITED OBJECTION TO** |
| Debtor. | ) | **PROPERTY CLAIMED EXEMPT** |
| | ) | |
| | ) | |

Based upon the Trustee's Limited Objection to Property Claimed Exempt ("Objection"), with no objections being received and further good cause appearing,

**IT IS HEREBY ORDERED** sustaining the Objection and limiting the claimed exemption to the vehicle only, and not to any personal injury claim that may arise from the Accident.

**SIGNED AND DATED ABOVE**

1