**SO ORDERED.**

**Dated: May 15, 2024**

_Daniel P. Collins_

**Daniel P. Collins, Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:                                                    Chapter 7

RICKY MAGALLANES DIAZ,                    Case No. 2:23-BK-05564-DPC

        Debtor.                                  **ORDER TO SHOW CAUSE**

On April 18, 2024, Chapter 7 Trustee Dina Anderson ("Trustee") filed a Motion to Compel ("Motion"). Notice of the Motion was to Debtor's counsel, Thomas McAvity ("Mr. McAvity") [Dkt. 24]. Debtor failed to file a response to the Motion. On May 15, 2024, the Court entered an order approving the Motion. Mr. McAvity has not sought to withdraw from representation of the Debtor.

IT IS HEREBY ORDERED that Mr. McAvity appear at a hearing before this Court on  June 18, 2024, at 10:00 a.m.   to show cause as to why he failed to appear on his client's behalf concerning the Motion and why the Court should not order a complete or partial disgorgement of fees paid by Debtor to Mr. McAvity for abandoning his clients. The hearing will be held at the U.S. Bankruptcy Court, 230 N. First Ave., 6th Floor, Courtroom No. 603, Phoenix, AZ 85003. Parties are directed to review Judge Collins' procedures page concerning hearings.

IT IS FURTHER ORDERED directing Mr. McAvity to file a response to the Order to Show Cause no later than three business days prior to the hearing and explain why a response was not filed to the Motion or why Mr. McAvity did not seek leave to withdraw as counsel for

1    the Debtor.

2                    **DATED AND SIGNED ABOVE.**

3    **To Be Noticed Through the BNC To:**

4    **Thomas McAvity**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28