United States Bankruptcy Court
District of Arizona

In re:  Case No. 23-05564-DPC
RICKY MAGALLANES DIAZ  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 1
Date Rcvd: May 16, 2024      Form ID: pdf007      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + RICKY MAGALLANES DIAZ, 6051 W OSBOURN RD, PHOENIX, AZ 85033-4618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DINA ANDERSON | DAnderson@DLATrustee.com<br>lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla@trustesolutions.net,tkirn@dlatrustee.com |
| DINA ANDERSON | on behalf of Trustee DINA ANDERSON DAnderson@DLATrustee.com<br>lbailey@DLATrustee.com,dlanderson@ecf.epiqsystems.com,dla@trustesolutions.net,tkirn@dlatrustee.com |
| TERRY A. DAKE | on behalf of Trustee DINA ANDERSON tdake@cox.net |
| THOMAS ADAMS MCAVITY | on behalf of Debtor RICKY MAGALLANES DIAZ documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

**SIGNED.**

**Dated: May 15, 2024**

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| RICKY MAGALLANES DIAZ; | Case No. 2:23-BK-05564-DPC |
| Debtor. | |

**ORDER GRANTING
MOTION TO COMPEL COMPLIANCE
WITH 11 U.S.C. §521**

The trustee having filed a Motion To Compel Compliance With 11 U.S.C. §521 And Notice Of Bar Date (Admin. Dkt. No. 24); and

Good cause appearing.

**IT IS ORDERED** that the debtor shall turnover to the trustee all information and pleadings related to the auto accident claim reported by the debtor at Admin. Dkt. No. 1, Schedule B, Item 33, and the debtor shall turn over to the trustee any and all funds recovered on that claim not later than 10 days after the entry of this order.

**DATED AND SIGNED ABOVE.**